Judge Nina Gershon
December 21, 2015

## CRIMINAL CAUSE FOR RE-SENTENCING
## 10-CR-771 (NG)

DEFT NAME: **Yuri Khandrius**
☒ present  ☐ not present    ☒ custody  ☐ bail

DEFENSE COUNSEL: **Lawrence S. Bader & Miriam Litvac Glaser**
☒ present  ☐ not present    ☐ Appointed  ☒ Retained    ☐ Federal Defender

AUSA: **Shannon Jones**   USPO: **Mary Ann Betts**

Court reporter:: **Charleane Heading x 2643**    Courtroom Deputy: **Vic Joe**

☒ CASE CALLED.
☐ SENTENCING ADJ'D TO_____.
☒ RE-SENTENCING HELD.
☒ STATEMENTS OF DEFT AND COUNSEL HEARD
☐ COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.

☒ DEFT SENTENCED ON COUNT ONE AS FOLLOWS:

Imprisonment: **Sixty (60) months on counts 1, 2 and 3 to run concurrently.**

Supervised Release: **Three (3) years on counts 1, 2 and 3 to run concurrently with special conditions (see page 4 of the 12.21.2015 Amended Judgment)**

Special Assessment : **$ 300.00**

Restitution: **$446,655.00**

☐ EXECUTION OF SENTENCE IS STAYED TO_____.
☐ REMAINING OPEN COUNTS ARE DISMISSED ON
         ☐ GOVT'S MOTION  ☐ COURT'S MOTION
☒ COURT ADVISED DEFT OF RIGHT TO APPEAL.    ☐ I.F.P. GRANTED.
☒ DEFT REMANDED.
☐ DEFT ON BAIL PENDING APPEAL.

Case called. All parties present. Re-sentencing hearing held. Having heard the parties on the issue of loss amount attributed to the defendant, the court re-sentenced the defendant to 60 months in custody on counts 1,2, and 3 to run concurrently.

1 Hr 30 MIN